ACCEPTED
03-13-00768-CV
4021578
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/4/2015 2:48:01 PM
JEFFREY D. KYLE
CLERK

## No. 03-13-00768-CV

### IN THE COURT OF APPEALS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/4/2015 2:48:01 PM
JEFFREY D. KYLE
Clerk

### FOR THE 3RD JUDICIAL DISTRICT OF TEXAS

### AT AUSTIN

---

### RITA MARY GAUSE, *Appellant*

### V.

### THOMAS X. GAUSE, *Appellee*

---

**Appealed from
the 155th District Court of
Fayette County, Texas**

---

### UNOPPOSED MOTION TO FILE
### FIRST AMENDED BRIEF OF APPELLEE

---

MOORMAN TATE HALEY
UPCHURCH & YATES, LLP

By:   STEVEN C. HALEY
State Bar No. 08741900
207 E. Main St./P.O. Box 1808
Brenham, Texas 77834-1808
Telephone: (979) 836-5664
Telecopier: (979) 830-0913
shaley@moormantate.com

Attorney for Appellee,
THOMAS X. GAUSE

No. 03-13-00768-CV

IN THE COURT OF APPEALS

FOR THE 3RD JUDICIAL DISTRICT OF TEXAS

AT AUSTIN

RITA MARY GAUSE, *Appellant*

V.

THOMAS X. GAUSE, *Appellee*

Appealed from
the 155th District Court of
Fayette County, Texas

UNOPPOSED MOTION TO FILE
FIRST AMENDED BRIEF OF APPELLEE

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

Thomas X. Gause (Thomas), Appellee in this appeal and Plaintiff below,

respectfully files this, his Unopposed Motion to File First Amended Brief of

Appellee and in support of same would show this Court the following:

## STATEMENT OF FACTS

1.     **Brief of Appellee.** Thomas filed herein his Brief of Appellee on

February 2, 2015 (the "Appellee's Brief"). The Appellee's Brief contained a

spelling error of a Party erroneously referring to "Brendan Gause" as "Brandon Gause".

2.      **Correction Desired.**  Appellant desires to correct error by a First Amended Brief of Appellee.

WHEREFORE, PREMISES CONSIDERED, Appellee prays that the Court grant leave to file a First Amended Brief of Appellee.

Respectfully submitted,

MOORMAN TATE HALEY
 UPCHURCH & YATES, L.L.P.

By:___/s/ STEVEN C. HALEY_____
      STEVEN C. HALEY
      State Bar No. 08741900
      207 East Main
      P.O. Box 1808
      Brenham, Texas 77834-1808
      Telephone: (979) 836-5664
      Telecopier: (979) 830-0913
      shaley@moormantate.com

Attorneys for THOMAS X. GAUSE

## CERTIFICATE OF SERVICE

This is to certify that on the 4th day of February, 2015, a true and correct copy of the foregoing Motion to File First Amended Brief of Appellee was mailed by certified mail, return receipt requested and/or by facsimile and/or e-mail to the following:

James J. Elick
7 N. Harris
Bellville, Texas 77418
jimelick@hotmail.com


_/s/ STEVEN C. HALEY_____
STEVEN C. HALEY


## CERTIFICATE OF CONFERENCE

This will certify that on February 4, 2015, I called counsel for the Appellant regarding the Motion to File Amended Brief of Appellee. He had no opposition to it.


_/s/ STEVEN C. HALEY_____
STEVEN C. HALEY